```
_____ FILED _____ LODGED
          _____ RECEIVED
      Jun 20, 2018
     CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR18- 5290 |
| Plaintiff, | |
| v. | INFORMATION |
| TANYA V. GARCIA, | (Misdemeanor) |
| Defendant. | |

W19-642M

The United States Attorney charges that:

On or about March 14, 2018, at Joint Base Lewis-McChord, Washington, within the Western District of Washington, and within the special maritime and territorial jurisdiction of the United States, TANYA V. GARCIA, did assault T.I.A., by striking, beating or wounding.

///

///

///

INFORMATION
United States v. TANYA V. GARCIA
pg. 1

Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, WA 98433-9500
(253) 477-1918 – (253) 477-1919 Fax
usarmy.jblm.i-corps.list.sja-sausa@mail.mil

1  All in violation of 18 U.S.C. § 113(a)(4).
2  DATED this 19th day of June, 2018.
3
4                                                          ANNETTE L. HAYES
                                                           United States Attorney
5
6
                                                           /s/ Brittany Gunter
7                                                          BRITTANY M. GUNTER
                                                           Special Assistant United States Attorney
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  INFORMATION                                            Department of the Army
    United States v. TANYA V. GARCIA                       Special Assistant United States Attorney
29  pg. 2                                                  Office of the Staff Judge Advocate
                                                           Box 339500 MS 69
                                                           Joint Base Lewis-McChord, WA 98433-9500
                                                           (253) 477-1918 – (253) 477-1919 Fax
                                                           usarmy.jblm.i-corps.list.sja-sausa@mail.mil

CVB SCAN 04/27/2018 10:39

# United States District Court
## Violation Notice

**Violation Number:** 7504849
**Officer Name (Print):** Cook O
**Officer No.:** C77-5

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 1/4/18 1412
**Offense Charged:** Title 18 USC 114
**Place of Offense:** HVOC Georgia Blvd Scan w/ BVP
**Offense Description:** Simple Assault

### DEFENDANT INFORMATION
**Last Name:** Garrett
**First Name:** Tanya
**Street Address:** HVOC Gateway Blvd
**City:** Scan
**State:** WA
**Zip Code:** 98648
**Date of Birth:** 2/3/00
**Social Security No.:** 601-94-336
**Sex:** Female
**Height:** 5'5
**Weight:** 110
**Driver License No.:** GARCIT420RCH

### VEHICLE

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

Forfeiture Amount
+ $30 Processing Fee
Total Collateral Due

PAY THIS AMOUNT — $

### YOUR COURT DATE

X Defendant Signature: TG

## STATEMENT OF PROBABLE CAUSE

I state that on _____, 20__ while exercising my duties as a law enforcement officer in the _____ District of _____

[narrative illegible]

The foregoing statement is based upon:
☒ my personal observation ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____ Officer's Signature
Probable cause has been stated for the issuance of a warrant.
Executed on: _____ U.S. Magistrate Judge

CVB SCAN 04/27/2018 10:39

**VIOLATION NUMBER:** 

## STATEMENT OF PROBABLE CAUSE (continued)
(For issuance of an arrest warrant or summons)

I state that on _____, 20__ while exercising my duties as a law enforcement officer in the Western District of Washington

The location of this incident is within the jurisdiction and boundaries of Joint Base Lewis-McChord, Washington.

On the above date at 1312Hrs I was dispatched to 7130C Garcia Blvd (Discovery Village) for a physical domestic. Investigation revealed that GARCIA, Tanya and ABBOTT, Tania were involved in a verbal altercation which turned physical when ABBOTT attempted to take GARCIA's cellphone. GARCIA stated she was trying to get ABBOTT away from her and kicked her leg out, striking ABBOTT in the stomach. ABBOTT is currently 20 weeks pregnant. GARCIA stated ABBOTT then grabbed her by her hair, pulling her off the couch, and pushing her on the floor by her head. GARCIA also stated that she could hear her hair breaking under the strain of being pulled by ABBOTT. GARCIA was able to get away from ABBOTT, and was then moved outside and the doors to the residence locked. GARCIA began to bang on the windows and doors in a attempt to regain entry. ABBOTT opened the door to tell GARCIA to stop, and slapped GARCIA twice across the face on both cheeks. GARCIA was detained and verbally advised of her legal rights, and provided a written sworn statement attesting to the incident. GARCIA was transported to the PMO, re-advised of her legal rights on a DA Form 3881, which she invoked. GARCIA incorrectly signed in the waiver section, which she lined through and initialed the correction. GARCIA was cited on (1) DCVN, given the appropriate copies, fingerprinted, and released on her own recognizance on (1) DA Form 2708.

**NOTE:** There ☐ IS / ☒ IS NOT an in-vehicle recording available for this incident.

**Light Conditions:**
- ☐ Dark, No Street Lights
- ☐ Dark, Street Lights Off
- ☐ Dark, Street Lights On
- ☐ Dawn
- ☒ Daylight
- ☐ Dusk
- ☐ Unknown
- ☐ Other:

**Weather Conditions:**
- ☐ Blowing Sand/Dirt/Snow
- ☒ Clear/Partly Cloudy
- ☐ Fog/Smog/Smoke
- ☐ Overcast
- ☐ Raining
- ☐ Severe Crosswind
- ☐ Sleet/Hail/Freezing Rain
- ☐ Snowing
- ☐ Unknown
- ☐ Other:

**Roadway:**
- ☒ Dry
- ☐ Ice
- ☐ Oil
- ☐ Sand/Mud/Dirt
- ☐ Snow/Slush
- ☐ Standing Water
- ☐ Wet
- ☐ Unknown
- ☐ Other:

The foregoing statement is based upon:
- ☐ my personal observation
- ☒ my personal investigation
- ☐ information supplied to me from my fellow officer's observation
- ☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____    _____
Date (mm/dd/yyyy)                        Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    _____
Date (mm/dd/yyyy)                        U.S. Magistrate Judge

EXHIBIT 6

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для the
## WESTERN DISTRICT OF WASHINGTON

| United States of America | ) | |
| v. | ) | Case No. 3:18-cr-05290-CVB |
| TANYA V GARCIA | ) | |
| Defendant | ) | W19-642M |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* TANYA V GARCIA

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ■ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

Brief description of offense:

SIMPLE ASSAULT WITHIN MARITIME AND TERRITORIAL JURISDICTION

Date: 7/18/2018

_Kim Brye_
*Issuing officer's signature*

City and state: Tacoma, Washington

Kim Brye, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*